**Exhibit A to the Complaint**

**Location:** Alexandria, VA

**Total Works Infringed:** 28

**IP Address:** 69.143.97.196

**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 10/28/2018 08:46:35 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 2 | 1258ABB7C5E64E5C8473CFA497399ABCDC52FD45 | Blacked | 09/22/2018 18:47:56 | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 3 | 13ED242B2E69B755B85AB60A24033C9098B19457 | Tushy | 10/18/2018 01:18:55 | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 4 | 1C61ABC608F28FE0EB1B8115519CA139B67455B0 | Blacked | 03/20/2018 22:00:30 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 5 | 1D8C99B00AD138010A90E2C90CAF50FD026C7A08 | Blacked | 10/22/2018 05:17:14 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 6 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | Blacked Raw | 10/15/2018 23:23:09 | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 7 | 30DA489597F6D7CBEA57C6287564FA8325DBC4F8 | Blacked Raw | 06/17/2018 13:21:18 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 8 | 34B848F2164ECCC533C071B9A0E3B0F3D05A3518 | Blacked Raw | 03/22/2018 00:21:11 | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 9 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 08/22/2018 03:21:54 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 10 | 3B85FC3C1D0E4C89AF3E3054A24E25E64D6AABE8 | Blacked | 10/28/2018 08:46:48 | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 11 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 07/31/2018 01:49:56 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 12 | 52C159415E70C08BA4EA2C58808926067AD69F96 | Blacked Raw | 12/01/2018 17:19:53 | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 13 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 10/18/2018 01:36:23 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 14 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 03/22/2018 00:11:49 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 15 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 05/01/2018 02:33:09 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 16 | 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547 | Vixen | 10/04/2018 01:40:26 | 09/21/2018 | 11/01/2018 | PA0002143417 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 9261FD7C93E71422D351407FD73C21D86E794B2C | Blacked Raw | 07/04/2018 18:22:01 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 18 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 10/28/2018 18:56:44 | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 19 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/15/2018 23:22:34 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 20 | A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10 | Blacked Raw | 05/30/2018 03:13:59 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 21 | AA99615AE6C723CB3050DAC4D48D914E6D5CC02F | Blacked Raw | 05/22/2018 01:39:44 | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 22 | AAC148B71BC8E48702CF50DD079F105307384725 | Blacked | 12/09/2018 15:04:53 | 12/01/2018 | 12/31/2018 | 17271449423 |
| 23 | B1175F1372648DE81684C06975EBCC841609C237 | Blacked | 10/15/2018 23:23:34 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 24 | B3CD1356092D254566EC9C832C8E37E68DDAA7C1 | Blacked Raw | 03/20/2018 21:42:43 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 25 | B3D0AFF7AF8B13A26C8D737D478387C9F742628D | Tushy | 11/03/2018 13:11:01 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 26 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | Blacked Raw | 04/22/2018 18:56:05 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 27 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | Blacked Raw | 07/01/2018 18:47:38 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 28 | FD928994BB900C0D711D62EB937A56C97C5AE985 | Vixen | 10/18/2018 01:32:49 | 10/16/2018 | 10/28/2018 | PA0002130458 |