UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 1:19-cv-00175-TSE-JFA |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 69.143.97.196, | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 69.143.97.196, are voluntarily dismissed with prejudice.

Dated: April 24, 2019

Respectfully submitted,

So Ordered

/s/ /s/ Jessica Haire
Jessica Haire, Esq.
Va. Bar No. 82513
Attorney for Strike 3 Holdings, LLC
Fox Rothschild LLP
1030 15th Street, NW
Suite 380E
Washington, DC 20005
Phone: 202-461-3109
Fax: 202-461-3102
jhaire@foxrothschild.com

T. S. Ellis, III   4/24/19
United States District Judge